**Order entered September 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01041-CR
No. 05-13-01042-CR
No. 05-13-01043-CR

**ANTHONY HILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-53911-V, F12-53671-V, F12-54044-V**

## ORDER

The Court **GRANTS** court reporter Donna Wynkoop's September 3, 2013 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Wynkoop to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE